■ In the Matter of FRIEDA DRILLER, Respondent, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and SUSAN BRADY et al., Appellants.— Order entered August 24, 1961, unanimously reversed, on the law and the facts, without costs, and application remanded to Special Term, Part I, for rehearing at 2:00 P.M. on September 1, 1961. A new hearing is required because it does not appear that the parties had rested prior to the disposition and for the additional reason that sufficient opportunity was not afforded for the submission of testimony. Leave to appeal to the Court of Appeals denied. Motion to dispense with printing granted.

■ In the Matter of DONALD L. WALLACE et al., Appellants, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and EDWARD L. NASH, Respondent. (Two Proceedings.) — Order entered August 28, 1961, unanimously affirmed, without costs. Leave to appeal to Court of Appeals granted. Motion to dispense with printing granted.